## Case No. 4,753.

### In re FETHERSTON.

[5 Chi. Leg. News, 193; 3 Pittsb. Rep. 480; 20 Pittsb. Leg. J. 77.]

District Court, W. D. Pennsylvania. Dec. 19, 1872.

PER CURIAM. The opinion of the register is affirmed, and the injunction is dissolved.